30 A.3d 1111

Christopher BERRY, Petitioner

v.

COURT OF COMMON PLEAS OF
PHILADELPHIA, Respondent.

No. 84 EM 2011.

Supreme Court of Pennsylvania.

Nov. 2, 2011.

## ORDER

PER CURIAM.

**AND NOW,** this 2nd day of November, the Application for Leave to File Original Process is **GRANTED,** and the Petition for Writ of Mandamus and/or Extraordinary Relief is **DENIED.**